

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

SBIERMAN@SIDLEY.COM
+1 212 839 5510

December 14, 2020

**BY ELECTRONIC CASE FILING**

Honorable Brian M. Cogan, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   RPA ENERGY INC. et al. vs. Green Choice Power LLC
      U.S.D.C. - E.D.N.Y - 20-cv-4433-BMC

Dear Judge Cogan:

We write on behalf of Defendant Green Choice Power LLC ("GCP") in the above-referenced action (the "Action"). We write jointly with Plaintiffs RPA Energy Inc. and Green Choice Energy, LLC to inform the Court that the parties have reached a settlement in principle and respectfully request a 30-day stay of all litigation deadlines, during which they may enter into a formal written settlement agreement and, barring any unforeseen complications, file a Stipulation of Dismissal with Prejudice.

Thank you for your consideration in this matter.

Respectfully submitted,

*/s/ Steven M. Bierman*
Steven M. Bierman

cc:   Elliot J. Stein (via ECF)